### Robert L. WASHINGTON, Jr., Appellant,

v.

### STATE of Missouri, Respondent.

### WD 80122

Missouri Court of Appeals, Western District.

ORDER FILED: November 21, 2017

Samuel Buffaloe, Columbia, MO, Counsel for Appellant.

Dora Fichter, Jefferson City, MO, Counsel for Respondent.

Before Division Two: Anthony Rex Gabbert, P.J., Thomas H. Newton, and Gary D. Witt, JJ.

## ORDER

Per Curiam:

Mr. Robert L. Washington, Jr. appeals a Jackson County Circuit Court judgment denying his amended Rule 29.15 motion. For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).